IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

ANGELA N. THOMPSON )
)
v. ) NO. 3:05-0649
) JUDGE CAMPBELL
AMERICAN GENERAL LIFE and )
ACCIDENT INSURANCE CO. )

ORDER

Pending before the Court is Defendant's Motion to Dismiss (Docket No. 57). For the reasons stated in the accompanying Memorandum, Defendant's Motion is GRANTED in part and DENIED in part. Plaintiff's claims for breach of fiduciary duty, constructive fraud, and unjust enrichment are DISMISSED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE