IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

ANGELA N. THOMPSON     )
              )
v.            ) NO. 3:05-0649
              ) JUDGE CAMPBELL
AMERICAN GENERAL LIFE and  )
ACCIDENT INSURANCE CO.   )

ORDER

   Pending before the Court, among other things, is Defendant's Motion for Summary Judgment (Docket No. 126). For the reasons stated in the accompanying Memorandum, Defendant's Motion is GRANTED. Consequently, all other pending Motions are DENIED as moot.

   Judgment is entered for Defendant on all Plaintiff's remaining claims, and this action is DISMISSED. The pretrial conference set for June 18, 2007, and the trial set for June 26, 2007, are canceled.

   This Order shall constitute the judgment in this case pursuant to Fed. R. Civ. P. 58.

   IT IS SO ORDERED.

                      Todd Campbell
                       TODD J. CAMPBELL
                       UNITED STATES DISTRICT JUDGE